UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61668-CIV-SMITH

CAMDEN SUMMIT
PARTNERSHIP, LP,

     Plaintiff,

vs.

TANIFFA JEANLOUIS,

     Defendant.

_____/

ORDER AFFIRMING AND ADOPTING
REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the United States Magistrate Judge's Report [DE 4], in which the Magistrate Judge recommends that Defendant's Motion for Leave to Proceed *In Forma Pauperis* be denied and that the case be remanded to state court [DE 3]. No objections have been filed. Therefore, after reviewing the Report and Recommendation, the record, and given that neither party objects, it is

**ORDERED** that:

1.    The Report and Recommendation to District Judge [DE 4] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order

2.    Defendant's Motion for Leave to Proceed *In Forma Pauperis* [DE 3] is **DENIED**.

3.    The case is **REMANDED** to the County Court of the Seventeenth Judicial Circuit Florida.

4. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of November 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record